# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| CITY OF SPRINGFIELD, OHIO, *et al.*, | : Case No. 3:25-cv-33 |
| Plaintiffs, | : |
| vs. | : District Judge Walter H. Rice |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| THE BLOOD TRIBE, *et al.*, | : |
| Defendants. | : |

## ORDER

This case is hereby ordered to be transferred from Magistrate Judge Peter B. Silvain, Jr. to Magistrate Judge Caroline H. Gentry.

**IT IS SO ORDERED.**

February 11, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge