IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| CITY OF SPRINGFIELD, OHIO, et al. | : | Case No. 3:25-cv-00033-WHR-PBS |
| Plaintiffs, | : | Judge Walter H. Rice |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| v. | : | |
| BLOOD TRIBE, et al. | : | **PLAINTIFFS' NOTICE OF FILING** |
| | : | **AFFIDAVITS OF NON-SERVICE** |
| Defendants. | : | |

Plaintiffs City of Springfield, Ohio, Mayor Rob Rue, Assistant Mayor Dr. David Estrop, City Commissioners Krystal Brown and Tracey Tackett, and Taylor Flora, Casey Rollins, Jessica Shafer and Randall Comer ("Plaintiffs"), by and through counsel, hereby give notice of filing the attached Affidavits of Non-Service.

Respectfully submitted,

/s/ Glen R. McMurry
Glen R. McMurry (0082600), Trial Attorney
TAFT STETTINIUS & HOLLISTER LLP
40 North Main Street, Suite 1700
Dayton, Ohio 45423
Phone: 937-228-2838
Fax: 937-228-2816
gmcmurry@taftlaw.com

James Pasch (0086809)
ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, New York 10158-3650
Phone: 212-885-7700
jpasch@adl.org

Daniel J. Kramer (*admitted phv*)
Gregory F. Laufer (*admitted phv*)
Marques S. Tracy (*admitted phv*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: 212-373-3000
dkramer@paulweiss.com
glaufer@paulweiss.com
mtracy@paulweiss.com

Karen L. Dunn (*admitted phv*)
2001 K Street, N.W.
Washington, D.C. 20006-1047
Phone: 202-223-7300
kdunn@paulweiss.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on April 25, 2025, I electronically filed the foregoing with the Court using the Court's CM/ECF system, with service of this filing being made on all ECF-registered counsel of record.

/s/ Glen R. McMurry
Glen R. McMurry (0082600)