## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OHIO
## WESTERN DIVISION AT DAYTON

THE CITY OF SPRINGFIELD, OHIO      Case No. 3:25cv33
MKAYOR ROB RUE, ASSISTANT      District Judge Walter H. Rice
MAYOR   DR. DAVID ESTROP,
CITY COMMISSIONERS KRYSTAL BROWN
and TRACEY TACKETT, and TAYLOR FLORA,
CASEY ROLLINS, JESSICA A. SHAFER
and RANDALL COMER

       Plaintiff,

vs.

THE BLOOD TRIBE, CHRISTOPHER
POHLHAUS, TZ, and JOHN DOES 1-7

       Defendants.

---

**DECISION AND ENTRY SUSTAINING PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE BY WAY OF PUBLICATION PURSUANT TO FED. R. CIV. P. 4e (1) AND APPLICABLE OHIO LAW**

---

For good cause shown and based upon the reasoning and citations of authority set forth in the

Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Alternate Service by way of

publication, this court extends the time for the making of service by way of publication for

ninety (90) days subsequent to the expiration of the initial period of ninety (90) days established

by law to bring about service of process on defendants.

     **IT IS SO ORDERED**.

Date: 5-12-25

                              Walter Rice
                              WALTER H. RICE
                              UNITED STATES DISTRICT JUDGE