IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| CITY OF SPRINGFIELD, OHIO, <u>et al.</u> | : | Case No. 3:25-cv-00033-WHR-PBS |
| | : | |
| Plaintiffs, | : | Judge Walter H. Rice |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| v. | : | |
| | : | |
| BLOOD TRIBE, <u>et al.</u> | : | **MOTION FOR LEAVE TO** |
| | : | **WITHDRAW AS COUNSEL** |
| Defendants. | : | **FOR PLAINTIFFS** |

Pursuant to Ohio Rules of Professional Conduct 1.16(b)-(d), the undersigned counsel for Plaintiffs City of Springfield, Ohio, Mayor Rob Rue, Assistant Mayor Dr. David Estrop, City Commissioners Krystal Brown and Tracey Tackett, and Taylor Flora, Casey Rollins, Jessica Shafer and Randall Comer ("Plaintiffs") respectfully request leave to withdraw the appearance of attorney Karen L. Dunn as counsel for Plaintiffs, as Ms. Dunn is no longer with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP. Plaintiffs will continue to be represented by lead attorney Glen R. McMurry of Taft Stettinius & Hollister LLP, as well as by attorney James Pasch, of the Anti-Defamation League and by attorneys Daniel J. Kramer, Gregory F. Laufer and Marques S. Tracy of Paul, Weiss, Rifkind, Wharton & Garrison LLP.

The Plaintiffs have been advised of the need for this subject Motion, and are in agreement with this request. No delays or adverse impacts will be sustained in this case by the granting of the withdrawal of attorney Karen Dunn.

Accordingly, in the interests of judicial economy and for good cause shown, the undersigned counsel respectfully request this Court to grant their motion and direct all

further pleadings, correspondence and communications to the remaining below-listed counsel.

Dated: June 9, 2025

Respectfully submitted,

/s/ Glen R. McMurry
Glen R. McMurry (0082600), Trial Attorney
TAFT STETTINIUS & HOLLISTER LLP
40 North Main Street, Suite 1700
Dayton, Ohio 45423
Phone: 937-228-2838
Fax: 937-228-2816
gmcmurry@taftlaw.com

James Pasch (0086809)
ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, New York 10158-3650
Phone: 212-885-7700
jpasch@adl.org

Daniel J. Kramer (*admitted phv*)
Gregory F. Laufer (*admitted phv*)
Marques S. Tracy (*admitted phv*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: 212-373-3000
dkramer@paulweiss.com
glaufer@paulweiss.com
mtracy@paulweiss.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on June 9, 2025, I electronically filed the foregoing with the Court using the Court's CM/ECF system, with service of this filing being made on all ECF-registered counsel of record.

/s/ Glen R. McMurry
Glen R. McMurry (0082600)