IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CITY OF SPRINGFIELD, OHIO, et al.,

    Plaintiffs,

v.

THE BLOOD TRIBE, et al.,

    Defendants.

Case No. 3:25-cv-33

JUDGE WALTER H. RICE

## ENTRY SETTING ANSWER DEADLINE

The Court is in receipt of Plaintiffs' Notice of Filing Affidavits of Service filed June 30, 2025. Doc. #17. In the filing, Plaintiffs state that service was made through various means, including publication, email, and social media, between May 15, 2025, and June 24, 2025. *Id.* Under Fed. R. Civ. P. 12(a)(1)(A)(i), a defendant must serve an answer within 21 days after being served with the summons and complaint. Therefore, the Court sets a deadline of July 22, 2025, for Defendants to serve their answer.

Date: July 1, 2025

*Walter H. Rice*

WALTER H. RICE
UNITED STATES DISTRICT JUDGE