UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CITY OF SPRINGFIELD, OHIO, *et al.*,

    Plaintiffs,

vs.

THE BLOOD TRIBE, *et al.*,

    Defendants.

Case No. 3:25-cv-33

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) RECUSING THE UNDERSIGNED FROM THIS CASE; AND (2) REFERRING THIS MATTER TO THE CLERK OF COURT FOR REASSIGNMENT TO ANOTHER UNITED STATES DISTRICT JUDGE IN THE DAYTON SEAT OF COURT**

---

    The undersigned has a conflict of interest in this case. Consequently, recusal is warranted. *See* 28 U.S.C. § 455(a). The undersigned therefore **RECUSES** himself and **REFERS** this matter to the Clerk for random reassignment to another United States District Judge in the Dayton seat of Court eligible to preside over this case.

    **IT IS SO ORDERED.**

July 25, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge