**EXHIBIT A**

**From:** The Hammer <c.a.pohlhaus@gmail.com>
**Sent:** Thursday, September 4, 2025 5:55 PM
**To:** Hayes, Holly A. <HHayes@taftlaw.com>
**Subject:** Re: City of Springfield, Ohio et al v. The Blood Tribe, et al. Case 3:25-cv-00033

So kikey

On Thu, Sep 4, 2025, 4:33 PM Hayes, Holly A. <HHayes@taftlaw.com> wrote:

> Attached is a copy of Plaintiffs' Motion for Leave to File Sur-Reply to Defendant Pohlhaus' Motion to Dismiss, which we have submitted to the Court for filing in the above-referenced matter.
>
> **Holly A. Hayes**
> Paralegal
> HHayes@taftlaw.com
> Dir: 937.641.1722
> Tel: 937.228.2838   Fax: 937.228.2816
> 40 North Main Street, Suite 1700
> Dayton, Ohio 45423-1029
>
> **Download vCard**
> **taftlaw.com**
>
> Now over 1,100 attorneys strong.
>
> Taft is expanding to Atlanta and strengthening its Washington, D.C., presence through a merger with Morris, Manning & Martin on Dec. 31, 2025. Learn more **here.**
>
> Taft has expanded to Southeast Florida, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**
>
> Taft has expanded to the Mountain West region with the addition of Sherman & Howard, a prominent 130-year-old law firm. Learn more **here.**
>
> This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.