IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| CITY OF SPRINGFIELD, OHIO, et al. | : | Case No. 3:25-cv-00033 |
| Plaintiffs, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| v. | : | |
| BLOOD TRIBE, et al. | : | **ORDER GRANTING PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDANT POHLHAUS** |
| Defendants. | : | |

AND NOW, to wit, on this ___ day of _____, 2025, upon consideration of Plaintiffs' Motion for Sanctions Against Defendant Christopher Pohlhaus, it is hereby ORDERED, ADJUGED and DECREED that such Motion is GRANTED.

Defendant Pohlhaus is hereby admonished to refrain from further harassment against Plaintiffs, their counsel, and their counsel's staff; ordered to adhere to the Court's Introductory Statement on Civility; and further ordered to pay a reasonable attorneys' fee for the time expended bringing this Motion. Plaintiffs shall file a brief setting forth the fees expended in connection with the Motion no later than _____.

Date:_____

_____
UNITED STATES DISTRICT JUDGE