# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| CITY OF SPRINGFIELD, OHIO, *et al.*, | : |
| Plaintiffs, | : Case No. 3:25-cv-33 |
| v. | : Judge Thomas M. Rose |
| THE BLOOD TRIBE, *et al.*, | : Magistrate Judge Caroline H. Gentry |
| Defendants. | : |

## ENTRY AND ORDER SETTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDANT CHRISTOPHER POHLHAUS (DOC. NO. 31)

This action is before the Court regarding Plaintiffs' Motion for Sanctions Against Defendant Christopher Pohlhaus ("Motion") (Doc. No. 31). Due to the serious allegations presented in Plaintiffs' Motion and the potentially time-sensitive nature of Plaintiffs' request therein, the Court has determined to modify the briefing schedule for Plaintiffs' Motion. Accordingly, it is hereby **ORDERED** that Defendant Christopher Pohlhaus shall file his response, if any, to Plaintiffs' Motion on or before **Monday**, **September 22, 2025**. No reply briefing in support of Plaintiffs' Motion shall be permitted.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, September 15, 2025.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE