UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CITY OF SPRINGFIELD, OHIO, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:25-cv-33 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| THE BLOOD TRIBE, *et al.*, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

### NOTICE REGARDING EMAIL COMMUNICATIONS WITH THE COURT

On its own motion, the Court thinks it necessary to apprise the Parties to this case of the Court's policy regarding communications by email. Currently pending in this matter is Plaintiffs' Motion for Sanctions Against Defendant Christopher Pohlhaus ("Motion") (Doc. No. 31). On Tuesday, September 16, 2025, Plaintiffs attempted to supplement their Motion by emailing the undersigned's chambers supplemental evidence in support of the Motion. However, the Parties should be aware that the Court will not consider any such supplemental evidence unless it has been filed on the Court's docket. Absent certain circumstances, all written correspondence with the Court "must be by way of formal motion or memorandum submitted in compliance with [Local] Rules." S.D. Ohio Civ. R. 7.2(c).

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, September 17, 2025.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

1