UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CITY OF SPRINGFIELD, OHIO, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:25-cv-33 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| THE BLOOD TRIBE, *et al.*, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

**ENTRY AND ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL NOTICE OF SUPPLEMENTAL EVIDENCE IN FURTHER SUPPORT OF SANCTIONS AGAINST DEFENDANT POHLHAUS (DOC. NO. 36)**

Presently before the Court is Plaintiffs' Motion for Leave to File Under Seal Notice of Supplemental Evidence in Further Support of Sanctions Against Defendant Pohlhaus (Doc. No. 36). In short, Plaintiffs seek to provide additional evidence in service of Plaintiffs' Motion for Sanctions Against Defendant Christopher Pohlhaus. For good cause shown, and pursuant to the Court's authority under S.D. Ohio Civ. R. 5.2.1(a), the Court hereby **GRANTS** Plaintiffs' Motion for Leave to File Under Seal Notice of Supplemental Evidence in Further Support of Sanctions Against Defendant Pohlhaus (Doc. No. 36). The Clerk is **DIRECTED** to grant Plaintiffs sealed filing permissions for this purpose. Plaintiffs shall file their notice of supplemental evidence, under seal, on or before **Monday, September 29, 2025**.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, September 25, 2025.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE