**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| City of Springfield, Ohio, et al. | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:25-cv-00033 |
| | | District Judge Thomas M. Rose |
| | | Magistrate Judge Caroline H. Gentry |
| The Blood Tribe et al., | : | |
| Defendants. | : | |

# CLERK'S ENTRY OF DEFAULT

It is appearing that Defendant **Christopher Pohlhaus** is in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Clerk's Entry of Default is hereby entered against Defendant **Christopher Pohlhaus** this 9th day of October, 2025.

    Richard W. Nagel, Clerk
    United States District Court
    Southern District of Ohio


    By: s/ Anne Wamsley
    Deputy Clerk