**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| CITY OF SPRINGFIELD, OHIO, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 3:25-cv-33 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| THE BLOOD TRIBE, *et al.*, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

---

### ENTRY AND ORDER REGARDING DEFAULT JUDGMENT PROCEDURES

---

The Court addresses this matter on its own motion to clarify the proper procedure for obtaining default judgment. On October 7, 2025, Plaintiffs submitted Plaintiffs' Application for Entry of Default ("Application") (Doc. No. 40). Within that Application, Plaintiffs additionally requested that the Court postpone entering default judgment against defaulted Defendants until Plaintiffs' claims against all Defendants have been resolved. (*Id.* at PageID 349-50.) The Clerk of Court approved Plaintiffs' Application and filed the Clerk's Entry of Default (Doc. No. 41) on October 9, 2025. Per Local Rule, parties seeking default must apply for a Clerk's entry of default and move for default judgment separately. S.D. Ohio Civ. R. 55.1. As such, the Court will not consider the Plaintiffs' requests to delay entry of default judgment at this time. Should Plaintiffs wish to delay the Court's default judgments in this action until such time as all claims against all Defendants have been adjudicated, Plaintiffs must make their request by way of an independent motion.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, October 9, 2025.

        s/Thomas M. Rose

        _____
        THOMAS M. ROSE
        UNITED STATES DISTRICT JUDGE