# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| CITY OF SPRINGFIELD, OHIO, *et al.*, | : | Case No. 3:25-cv-00033 |
| Plaintiffs, | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| THE BLOOD TRIBE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER CONCERNING DEFAULT JUDGMENT PROCEEDINGS

This matter is before the Court on Plaintiffs' Motion to Hold in Abeyance Default Judgment Proceedings. (Doc. No. 44.) For good cause shown, the Motion is **GRANTED**. The Court will hold default judgment proceedings against Defendants The Blood Tribe and Christopher Pohlhaus in abeyance until the resolution of all claims against Defendant Drake Berentz, or until further order of the Court.

**IT IS SO ORDERED.**

                                                      */s/ Caroline H. Gentry*
                                                      Caroline H. Gentry
                                                      United States Magistrate Judge