IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| CITY OF SPRINGFIELD, OHIO, et al. | : | Case No. 3:25-cv-00033 |
| | : | |
| Plaintiffs, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| v. | : | |
| | : | |
| BLOOD TRIBE, et al. | : | **MOTION FOR ADMISSION *PRO*** |
| | : | ***HAC VICE* OF MARK A. WEINER** |
| Defendants. | : | |

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Glen R. McMurry, Trial Attorney for Plaintiffs City of Springfield, Ohio, Mayor Rob Rue, Assistant Mayor Dr. David Estrop, Taylor Flora, Casey Rollins, Jessica Shafer, Randall Comer and City Commissioners Krystal Brown and Tracey Tackett ("Plaintiffs") in the above-referenced action, hereby moves the Court to admit Mark A. Weiner *pro hac vice* to appear and participate as counsel or co-counsel in this case for Plaintiffs.

Movant represents that Mr. Weiner is a member in good standing of the highest court of New York as attested by the accompanying certificate from that court (Exhibit 1) and that Mr. Weiner is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

Mr. Weiner's relevant identifying information is as follows:

Business Telephone: (212) 373-3000
Business Fax: (212) 757-3990
Business Address: Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064

|  |  |
|---|---|
| Business Email Address: | mweiner@paulweiss.com |

Dated: December 17, 2025         Respectfully submitted,

/s/ Glen R. McMurry
Glen R. McMurry (0082600), Trial Attorney
TAFT STETTINIUS & HOLLISTER LLP
40 North Main Street, Suite 1700
Dayton, Ohio 45423
Phone: 937-228-2838
Fax: 937-228-2816
gmcmurry@taftlaw.com

James Pasch (0086809)
ANTI-DEFAMATION LEAGUE
605 Third Avenue
New York, New York 10158-3650
Phone: 212-885-7700
jpasch@adl.org

Daniel J. Kramer (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
Marques S. Tracy (*pro hac vice*)
Mark A. Weiner*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Phone: 212-373-3000
dkramer@paulweiss.com
glaufer@paulweiss.com
mtracy@paulweiss.com
mweiner@paulweiss.com

* Seeking *pro hac vice* admission

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on December 12, 2025, I electronically filed the foregoing with the Court using the Court's CM/ECF system, with service of this filing being made on all ECF-registered counsel of record.

/s/ Glen R. McMurry
Glen R. McMurry (0082600)