# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| CITY OF SPRINGFIELD, OHIO, *et al.*, | : | Case No. 3:25-cv-00033 |
| Plaintiffs, | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| THE BLOOD TRIBE, *et al.*, | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court on a recent filing titled "Defendant Drake Berentz Motion for Extension of Time to File." (Doc. Nos. 58, 58-1.) The Motion states that Defendant Berentz seeks an extension "to prepare and file his amendments." (Doc. No. 58 at PageID 483.) It explains that "Berentz is without counsel and currently has no readily available means in order to properly prepare and file said documents with the Court. He is required to travel to a public library and use the available computers there[.]" (Doc. No. 58 at PageID 483.) However, the Motion does not identify what document(s) Defendant Berentz seeks to amend or state why amendment is needed.[1] (*Id.*) Plaintiffs filed a response to the Motion. (Doc. No. 59.)

There is a second issue with the Motion. The docket reflects that the Motion was scanned and emailed to the Court, as well as mailed. (Doc. Nos. 58, 58-1.) The scanned

---

[1] According to the Preliminary Pretrial Conference Order, the "Cut-off date for motions to amend the pleadings and to add parties" is February 24, 2026. (Doc. No. 55 at PageID 431.)

version ostensibly contains the handwritten signature of "D. Berentz" (Doc. No. 58 at PageID 484), while the mailed copy includes the initials "D.B." in the signature lines (Doc. No. 58-1 at PageID 488). As noted, Drake Berentz is a defendant in this case.

The scanned version of the Motion indicates that it originated at "NCI," or Noble Correctional Institution, a prison facility run by the Ohio Department of Rehabilitation & Corrections (ODRC). (Doc. No. 58 at PageID 483.) The mailed version includes an envelope with a return address for "D. Berentz" at that institution.[2] (Doc. No. 58-1 at PageID 489.) The envelope also includes a number: 845648. (*Id.*)

According to the ODRC's Offender Search tool, that number identifies the incarcerated person as <u>Gary</u> D. Berentz.[3] This individual is reportedly serving a sentence imposed by the Guernsey County Common Pleas Court in Case No. 25CR63. *Id.* The public records of that court reflect that this individual's full name is Gary Dennis Berentz. *See State of Ohio v. Gary Dennis Berentz,* Case No. 25CR000063.[4] The Supreme Court of Ohio's Attorney Directory Search reveals that Gary Dennis Berentz is not an attorney licensed to practice law in Ohio.[5]

It therefore appears that Gary Dennis Berentz, who is neither an attorney nor a party to this case, signed and filed the Motion on behalf of Defendant Drake Berentz.

---

[2] *See* https://drc.ohio.gov/about/facilities/noble-correctional/noble-correctional (last visited February 24, 2026).

[3] *See* https://appgateway.drc.ohio.gov/OffenderSearch/Search/Details/A845648 (last visited February 24, 2026).

[4] *See* https://clerkofcourts.guernseycounty.org/eservices/home.page.2 (available by name or case number search; last visited February 24, 2026).

[5] *See* https://www.supremecourt.ohio.gov/AttorneySearch/#/search (last visited February 24, 2026).

This is improper. Defendant Berentz may proceed in this case on his own behalf or with the assistance of counsel. 28 U.S.C. § 1654. If proceeding without counsel, Defendant Berentz must personally sign every document he submits to the Court for filing. Fed. R. Civ. P. 11.

For both of these reasons, the Motion seeking an extension of time is **DENIED**. (Doc. Nos. 58, 58-1.) The Clerk of Court is **DIRECTED** to remove the institutional address for Gary Dennis Berentz from the docket as Drake Berentz's address, and to restore his last known address in its place.

If Defendant Drake Berentz wishes to update his mailing address on the docket, he must do so by filing a Notice of Address with the Clerk of Court.

**IT IS SO ORDERED.**

                                                     */s/ Caroline H. Gentry*
                                                 Caroline H. Gentry
                                                 United States Magistrate Judge