UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| THE CITY OF SPRINGFIELD, OHIO, et al., | : : : | Case No. 3:25-cv-00033 |
| Plaintiffs, | : : : | District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |
| vs. | : : : | |
| THE BLOOD TRIBE, et al., | : : : | |
| Defendants. | : : | |

## ORDER STAYING DEPOSITION AND DOCUMENT PRODUCTION OF NON-PARTY WITNESS KEITH ELFLEIN

On February 20, 2026, Non-Party Witness Keith Elflein filed a Motion to Quash Subpoenas and for Protective Order ("Motion to Quash," Doc. No. 57). Mr. Elflein has asked this Court to quash both a deposition subpoena and a subpoena duces tecum issued by Plaintiffs. Mr. Elflein's deposition and document production are currently scheduled for March 9, 2026. Plaintiffs filed a Memorandum in Opposition (Doc. No. 69) yesterday. Mr. Elflein filed a Reply Memorandum (Doc. No. 70) earlier today.

To give the Court sufficient time to consider the issues raised in the Motion to Quash and briefed by Plaintiffs and Mr. Elflein, the Court **ORDERS** that Mr. Elflein's deposition and the requirement that he produce documents responsive to the subpoena duces tecum be **STAYED** until further order of the Court.

**IT IS SO ORDERED**.

                                                                       /s/ *Caroline H. Gentry*
                                                                       Caroline H. Gentry
                                                                       United States Magistrate Judge