UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| THE CITY OF SPRINGFIELD, OHIO, et al., | : : : | Case No. 3:25-cv-00033 |
| Plaintiffs, | : : | District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |
| vs. | : : | |
| THE BLOOD TRIBE, et al., | : : | |
| Defendants. | : : | |

### ORDER STAYING DEPOSITION AND DOCUMENT PRODUCTION OF NON-PARTY WITNESS MATTHEW DWYER

On March 4, 2026, Non-Party Witness Matthew Dwyer filed a Motion to Quash Subpoenas and for Protective Order ("Motion to Quash," Doc. No. 64). Mr. Dwyer has asked this Court to quash both a deposition subpoena and a subpoena duces tecum issued by Plaintiffs. Mr. Dwyer's deposition and document production are currently scheduled for March 9, 2026. The Motion to Quash has not been briefed.

To give Plaintiffs and Mr. Dwyer sufficient time to brief the issues raised in the Motion to Quash, and to give the Court sufficient time to consider those issues, the Court **ORDERS** that Mr. Dwyer's deposition and the requirement that he produce documents responsive to the subpoena duces tecum be **STAYED** until further order of the Court.

**IT IS SO ORDERED**.

                                                 */s/ Caroline H. Gentry*
                                                 Caroline H. Gentry
                                                 United States Magistrate Judge