**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| THE CITY OF SPRINGFIELD, OHIO, *et al.*, | : | Case No. 3:25-cv-00033 |
| | : | |
| | : | District Judge Thomas M. Rose |
| Plaintiffs, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| vs. | : | |
| | : | |
| THE BLOOD TRIBE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING MOTION TO AMEND THE COMPLAINT

Plaintiffs recently filed a Motion for Leave to Amend their Complaint to Add a Party. (*See* Doc. No. 84, 85, 91, 92.) Plaintiffs consulted with Defendant Berentz, who reportedly opposes the Motion, but Berentz did not file a memorandum opposing the Motion. (*See* Doc. No. 84 at PageID 1187.) The proposed new party, Keith Elflein, also did not file a response to the Motion. Elflein (through counsel) previously appeared in this case as a "Non-Party Witness" and filed a Motion to Quash Subpoenas and For Protective Order. (*See* Doc. No. 57.) That motion, and other similar or related motions, are pending. (*See* Matthew Dwyer's Motion to Quash, Doc. No. 64; Motion to Compel Berentz's Discovery Responses, Doc. No. 78.) *See also In Re: Subpoenas Served on Jordan Schlosser,* Case No. 3:26-mc-5-TMR-CHG (S.D. Ohio); *In re: The City of Springfield, Ohio, et al.,* Case No. 3:26-mc-7-MJN-CHG (S.D. Ohio).

Plaintiffs acknowledge that their Motion to Amend is filed outside the deadline set by District Judge Rose's Preliminary Pretrial Conference Order. (*See* Motion to Amend,

Doc. No. 84 at PageID 1188; PPTC Order, Doc. No. 55 at PageID 431 [setting a February 24, 2026 deadline for motions to amend and to add parties]; *see also* First Amended Scheduling Order, Doc. No. 90 [resetting other deadlines].) Plaintiffs move to amend under Fed. R. Civ. P. 15 and 16, asserting that although their "discovery efforts have been met with coordinated resistance from the Blood Tribe" and/or its members, they have acted diligently, and that recently discovered evidence supports amendment. (Doc. No. 84 at PageID 1188, 1193; Doc. No. 85.) The undersigned specifically notes that the Court's records reflect that Elflein's counsel received electronic notice of Plaintiffs' Motion to Amend when it was filed, that Elflein has not filed any objection to the proposed amendment, and that his time to do so has expired.

Because Rule 15 favors granting leave to amend in the interest of justice, and for good cause shown, the Court **GRANTS** Plaintiffs' Motion to Amend. (Doc. No. 84.) Defendant Berentz—the only current Defendant not in default—has not articulated any reason why he would be unduly prejudiced by the amendment, and the Court is unaware of any such prejudice, particularly since the case schedule was recently extended. (*See* Doc. No. 90.) Plaintiffs also have demonstrated sufficient diligence to justify granting leave to amend. (*See* Doc. No. 84, 85, 91, 92.) For all these reasons, Plaintiffs' Motion for Leave to Amend the Complaint to Add a Party is **GRANTED**. (Doc. No. 84.)

2

Plaintiffs are **ORDERED** to file their First Amended Complaint on the docket **within seven (7) days** of the date of this Order.

    **IT IS SO ORDERED**.

        */s/ Caroline H. Gentry*
        Caroline H. Gentry
        United States Magistrate Judge