**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| THE CITY OF SPRINGFIELD, OHIO, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BLOOD TRIBE, *et al.*,<br><br>Defendants. | : | Case No. 3:25-cv-00033<br><br>District Judge Thomas M. Rose<br>Magistrate Judge Caroline H. Gentry |

---

**ORDER DIRECTING CLERK TO FILE LETTERS FROM COUNSEL ON THE DOCKET AND DIRECTING COUNSEL NOT TO COMMUNICATE BY EMAIL**

---

Counsel for Plaintiffs recently emailed a letter to the chambers of the undersigned Magistrate Judge. Counsel for Defendant Elflein responded in kind.

The Clerk of Court is **DIRECTED** to **FILE** Plaintiff's letter on the docket as a Motion for In-Person Status Conference, and Defendant Elflein's letter as a response in opposition to that Motion. The undersigned will provide these documents to the Clerk. The Court will rule on the motion in the ordinary course once all parties have had the opportunity to respond.

The undersigned also refers the parties to the Court's Local Rule 7.2(c), which states:

> **Correspondence with the Court.** Letters to the Court are not permitted unless (1) requested by the Court in a specific matter, or (2) advising the Court of the settlement of a pending matter. All other written communications must be by way of formal motion or memorandum submitted in compliance with these Rules. All letters sent to the Court shall

> be contemporaneously served upon opposing counsel unless otherwise ordered by the Court.

S.D. Ohio Civ. R. 7.2(c). The parties shall refrain from communicating with the Court by email, unless specifically authorized by Civil Rule 7.2(c).

**IT IS SO ORDERED**.

*/s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge